UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FREDERICK PENROSE,                                                      :
                                                                        :
                               Plaintiff,                   :
                                                                        :       22 Civ. 2184 (JPC)
          -v-                                                            :
                                                                        :             ORDER
NEW YORK LIFE INSURANCE COMPANY,                                        :
                                                                        :
                               Defendant.                   :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has reviewed the parties' proposed case management plan, Dkt. 9, and finds it to be acceptable. The Court will sign and enter the case management plan on the docket. If there is anything further that the parties would like to discuss at a conference, the parties shall file a letter advising the Court, at which time the Court will schedule a conference as necessary. Otherwise, the Initial Pretrial Conference scheduled for May 24, 2022 is adjourned *sine die*, and the Court will instead schedule a post-discovery conference.

       SO ORDERED.

Dated: May 19, 2022　　　　　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　JOHN P. CRONAN
                                                             United States District Judge