UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FREDERICK PENROSE,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :
               -v-                                                     :   22 Civ. 2184 (JPC)
                                                                       :
LIFE INSURANCE COMPANY OF NORTH                                        :   ORDER
AMERICA and NEW YORK LIFE INSURANCE                                    :
COMPANY,                                                               :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Amended Complaint on August 9, 2022. Dkt. 18. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendant New York Life Insurance Company to answer the Amended Complaint was August 23, 2022. The docket does not reflect any answer filed by Defendant New York Life Insurance Company.

Accordingly, the Court *sua sponte* extends the deadline for Defendant New York Life Insurance Company to answer the Amended Complaint until August 30, 2022. Plaintiff is directed to request issuance of summons as to Defendant Life Insurance Company of North America and serve that Defendant with the summons and Amended Complaint.

SO ORDERED.

Dated: August 24, 2022
       New York, New York                         _____
                                                         JOHN P. CRONAN
                                                    United States District Judge