UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FREDERICK PENROSE,                                                      :
                                                                        :
                           Plaintiff,                                   :
                                                                        :
               -v-                                                      :   22 Civ. 2184 (JPC)
                                                                        :
LIFE INSURANCE COMPANY OF NORTH                                         :   ORDER
AMERICA and NEW YORK LIFE INSURANCE                                     :
COMPANY,                                                                :
                                                                        :
                           Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 24, 2022, the Court directed the parties to file a letter by August 31, 2022, either jointly or separately, advising the Court as to how they intend to proceed as to Defendant New York Life Insurance Company, including whether that Defendant should be dismissed from this action, in light of defense counsel's representation that Defendant Life Insurance Company of North America was "sued herein incorrectly as New York Life Insurance Company." Dkt. 21. The August 31, 2022 deadline has passed and the docket does not reflect any letter filed by either party. Accordingly, it is hereby ORDERED that, by September 7, 2022, the parties shall file such letter in accordance with the Court's August 24, 2022 Order.

      SO ORDERED.

Dated: September 1, 2022
      New York, New York
                                                   JOHN P. CRONAN
                                                   United States District Judge