UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
FREDERICK PENROSE,          :
          :
         Plaintiff,   :
          :      22 Civ. 2184 (JPC)
     -v-        :
          :      <u>ORDER</u>
NEW YORK LIFE INSURANCE COMPANY *et al.*, :
          :
         Defendants. :
          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By July 31, 2023, Plaintiff or his counsel shall submit a declaration with the names and locations (city and state) of any witnesses who may have knowledge relevant to Plaintiff's claims including but not limited to:

a) Plaintiff, and any of his family members who may have knowledge of his medical conditions;

b) Employees at Wipro Limited with whom Plaintiff worked and who may have knowledge of his medical conditions or were responsible for the administration of the Wipro Limited Health and Welfare Plan;

c) Anyone who assisted Plaintiff with the filing of his application for long-term disability benefits; and

d) Any medical providers who treated Plaintiff and provided medical records, opinions or other evidence in support of Plaintiff's appeal of the termination of his benefits.

Plaintiff's declaration shall also provide the location (city and state) where his benefit checks were sent, the location (city and state) where any and all correspondence regarding the

terminations of his benefits and the appeal thereof were sent, and the location (city and state) of the underwriter of Plaintiff's benefits policy.

      To the extent Defendants have knowledge of the above facts or any other facts relevant to the location of this dispute, they may submit a declaration or declarations addressing those facts as well by July 31, 2023.  Defendants also may include in any declaration or declarations the locations (city and state) of any witnesses Defendants currently anticipate calling at trial as well as the general subject matter of their testimony.

      SO ORDERED.

Dated: July 23, 2023  
      New York, New York

                                          JOHN P. CRONAN  
                                     United States District Judge